ASHLEY E. BAUERLE
CA Bar No. # 271119
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, CA 92101
Telephone: 800.782.3366
Facsimile: 619.234.7831
Email: abauerle@cozen.com

MATTHEW F. NOONE
Pro Hac Vice
COZEN O'CONNOR
One Liberty Place, 1650 Market St., Ste 2800
Philadelphia, PA 19103
Telephone: (215)665-2192
Facsimile: (215)665-2013
Email: mnoone@cozen.com

Attorneys for Plaintiff,
ACE AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ACE AMERICAN INSURANCE COMPANY, | Case No.: 5:21-cv-09615-SVK |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |
| vs. | |
| ACCELLION, INC., | |
| Defendant. | |

The undersigned, counsel of record for ACE American Insurance Company ("ACE"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal pursuant to Federal Rule of Civil Procedure 7.1 and Northern District Local Rule 3-15:

1. ACE is the plaintiff in this action. ACE is an insurance company organized and existing under the laws of the State of Pennsylvania with its principal place of business in New Jersey. ACE is a wholly owned subsidiary of INA Holdings, (DE), which is a 100% wholly owned subsidiary of INA Financial Corporation (DE), which is then owned by INA Corporation

1

(PA), which is then owned by Chubb INA Holdings, Inc.-a Delaware investment holding company, 100% of which is owned by Chubb Group Holdings, Inc. ( a Delaware investment holding company). Chubb Group Holdings, Inc. is a wholly owned subsidiary of Chubb Limited. Chubb Limited (a Swiss corporation) is the ultimate parent and the only publicly traded company (NYSE: CB).

Dated:   December 16, 2021            COZEN O'CONNOR


By: */s/ Matthew F. Noone*
    ASHLEY E. BAUERLE
    MATTHEW F. NOONE (Pro Hac Vice)
    Attorneys for Plaintiff
    ACE AMERICAN INSURANCE COMPANY

LEGAL\55426580\1