PHILIP L. GREGORY (95217)
pgregory@gregorylawgroup.com
**GREGORY LAW GROUP**
1250 Godetia Drive
Woodside, CA 94062
Telephone: (650) 278-2957

*Attorneys for Defendant Accellion, Inc.*
.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br> v.<br><br>ACCELLION, INC.,<br>      Defendants. | **Case No. 21-cv-09615-YGR**<br><br>**NOTICE OF APPEARANCE OF PHILIP L. GREGORY** |

**NOTICE OF APPEARANCE OF PHILIP L. GREGORY; Case. No. 21-cv-09615-YGR**

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Philip L. Gregory of Gregory Law Group hereby appears on behalf of Defendant Accellion, Inc. All further proceedings in said action should be served upon the undersigned attorneys at their address and email stated in the caption above.

Dated: January 27, 2022                                **GREGORY LAW GROUP**

                                           By:   */s/ Philip L. Gregory*
                                                     **PHILIP L. GREGORY**

                                                     *Attorney for Defendant Accellion, Inc.*