ASHLEY E. BAUERLE
CA Bar No. # 271119
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, CA 92101
Telephone: 800.782.3366
Facsimile: 619.234.7831
Email: abauerle@cozen.com

MATTHEW F. NOONE
COZEN O'CONNOR
One Liberty Place, 1650 Market St., Ste. 2800
Philadelphia, PA 19103
Telephone: (215)665-2192
Facsimile: (215)665-2013
Email: mnoone@cozen.com

Attorneys for Plaintiff and Cross-Defendant,
ACE AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ACCELLION, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTER CLAIMS | Case No.: **21-cv-09615-YGR**<br><br>CROSS-DEFENDANT'S ANSWER TO COUNTER-CLAIMANT'S AMENDED COUNTERCLAIM |

Cross-Defendant, Ace American Insurance Company, as subrogee of a Boston law firm ("Ace American"), hereby submits the following Answer to the Amended Counterclaims of Cross-Complainant Accellion, Inc. Every averment in the Counterclaims not expressly admitted herein is denied.

**NATURE OF THE ACTION**

1. Admitted in part, Denied in part. Cross-Defendant admits that this case arises from a hack of computer system. Cross-Defendant denies that Accellion did not manage, host, operate or

control the hacked system. Cross-Defendant also denies that Accellion did not collect, control or have access to the affected data.

2. Admitted

3. Denied

4. Denied

5. Admitted in part/Denied in part. Cross-Defendant admits only that the unidentified law firm in the twelve months prior to the data breach paid Accellion $42,181.82. Cross-Defendant denies the remaining factual and/or legal allegations asserted in this paragraphs.

6. Denied

7. Admitted in part, Denied in part. Cross-Defendant admits that in December 2020 and January 2021, cybercriminals exploited vulnerabilities in the FTA software. The remainder of the allegations in this paragraph are Denied.

8. Denied

9. Denied

10. Denied

11. Admitted in part, Denied in part. Cross-Defendant admits that its insured was the victim of a ransom request and paid a ransom amount. The remainder of the allegations in this paragraph are Denied.

12. Admitted

13. Admitted in part, Denied in part. Cross-Defendant admits that it stands in the Boston law firm's shoes via assignment. The remainder of the allegations in this paragraph are Denied.

14. Denied

15. Denied

## THE PARTIES

16. Admitted

17. Admitted

## JURISDICTIONAL STATMENT

18. Admitted

19. Admitted

20. Admitted

21. Admitted in part, Denied in part. Cross-Defendant denies the Counterclaim is compulsory but admits that it is brought in accordance with F.R.C.P. 13(a)(1).

## FACTUAL BACKGROUND

22. Admitted. Upon information and belief, this paragraph is Admitted.

23. Denied. Cross-Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore, they are Denied.

24. Admitted in part, Denied in part. Cross-Defendant Admits that the Boston law firm purchased cyber insurance from Ace American. The remainder of the paragraph is Denied.

25. Denied.

26. Denied. Cross-Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore, they are Denied.

27. Denied

28. Denied. Cross-Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore, they are Denied.

29. Denied. Cross-Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore, they are Denied.

30. Denied. Cross-Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore, they are Denied.

31. Admitted in part, Denied in part. Cross-Defendant admits that in December 2020 and January 2021, cybercriminals exploited vulnerabilities in the FTA software. The remainder of the allegations in this paragraph are Denied.

32. Denied. Cross-Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore, they are Denied.

33. Denied. Cross-Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore, they are Denied.

////

34. Denied. Cross-Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore, they are Denied.

35. Denied.

36. Admitted in part, Denied in part. It is admitted that the Boston law firm used the FTA software after it knew of the Attacks. The remainder of the allegations in this paragraph are Denied.

37. Denied. Cross-Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore, they are Denied.

38. Denied. Cross-Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore, they are Denied.

39. Denied.

40. Denied. Cross-Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore, they are Denied.

41. Admitted in part, Denied in part. Cross-Defendant admits that the Boston law firm's data was breached and that they incurred costs related to the breach. Cross-Defendant further admits that it incurred fees and costs on behalf of the Boston law firm and that it stands in the law firm's shoes. The remainder of the allegations in this paragraph are Denied.

42. Denied.

43. Denied. Cross-Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore, they are Denied.

44. Denied.

45. Denied.

46. Admitted.

## FIRST AMENDED COUNTERCLAIM FOR RELIEF
### (Breach of Contract-EULA §5)

47. Cross-Defendant hereby incorporates by reference the allegations and denials asserted in the foregoing paragraphs as though restated in full herein.

48. Denied.

////

1 | 49. The allegations in paragraph 49 of the Counterclaim constitute legal conclusions and therefore require no response. To the extent a response is deemed required, the allegation in paragraph 49 of the Counterclaim are denied.

50. Denied

51. Denied

52. Denied.

## SECOND AMENDED COUNTERCLAIM FOR RELIEF

### (Breach of Contract-EULA §13.8)

53. Accellion's Count II for Breach of Contract, EULA §13.8 has been dismissed and therefore requires no response.

54. Accellion's Count II for Breach of Contract, EULA §13.8 has been dismissed and therefore requires no response.

55. Accellion's Count II for Breach of Contract, EULA §13.8 has been dismissed and therefore requires no response.

56. Accellion's Count II for Breach of Contract, EULA §13.8 has been dismissed and therefore requires no response.

57. Accellion's Count II for Breach of Contract, EULA §13.8 has been dismissed and therefore requires no response.

58. Accellion's Count II for Breach of Contract, EULA §13.8 has been dismissed and therefore requires no response.

## THIRD AMENDED COUNTERCLAIM FOR RELIEF

### (Breach of Implied Covenant of Good Faith and Faith Dealing)

59. Cross-Defendant hereby incorporates by reference the allegations and denials asserted in the foregoing paragraphs as though restated in full herein.

60. The allegations in paragraph 60 of the Counterclaim constitute legal conclusions and therefore require no response. To the extent a response is deemed required, the allegation in paragraph 49 of the Counterclaim are denied.

61. Denied

62. Denied

63. Denied

64. Denied

65. Denied

66. Denied. Cross-Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore, they are Denied.

**PRAYER FOR RELIEF**

Cross-Defendant denies that Cross-Complainant is entitled to the relief it seeks.

Dated:    September 29, 2022         COZEN O'CONNOR

By: _/s/ Ashley E. Bauerle_
ASHLEY E. BAUERLE
MATTHEW F. NOONE

Attorneys for Plaintiff and Cross-Defendant
ACE AMERICAN INSURANCE COMPANY

LEGAL\59666386\1