1  PHILIP L. GREGORY (95217)
   pgregory@gregorylawgroup.com
2  **GREGORY LAW GROUP**
3  1250 Godetia Drive
   Woodside, CA 94062
4  Telephone:     (650) 278-2957

5  *Attorney for Defendant and*
   *Counterclaimant Accellion, Inc.*
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10 
   ACE AMERICAN INSURANCE                    | **Case No. 21-cv-09615-YGR**
11 COMPANY,
                                              | **NOTICE OF SETTLEMENT**
12                         Plaintiff,
                                              | Complaint Filed: December 15, 2021
13        v.                                  | Counterclaim Filed: April 14, 2022

14 ACCELLION, INC.,

15                         Defendant.
16

17

18 ─────────────────────────────

19 ACCELLION, INC.,

20                         Counterclaimant,

21        v.

22 
   ACE AMERICAN INSURANCE
23 COMPANY,

24                         Counter-Defendant.

25

26

27

28

**NOTICE OF SETTLEMENT; Case. No. 21-cv-09615-YGR**

The Parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within fourteen (14) court days.

Dated: December 7, 2022        **COZEN O'CONNOR**

By: ___/s/ Matthew F. Noone*___
**MATTHEW F. NOONE**
*Attorneys for Plaintiff and Counter-Defendant Ace American Insurance Company*

Dated: December 7, 2022        **GREGORY LAW GROUP**

By: ___/s/ Philip L. Gregory___
**PHILIP L. GREGORY**
*Attorney for Defendant and Counterclaimant Accellion, Inc.*

*In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.