UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ACE AMERICAN INSURANCE COMPANY**,

    Plaintiff,

    **v.**

**ACCELLION, INC.**,

    Defendant.

**AND RELATED COUNTERCLAIMS**

Case No.: 4:21-CV-09615-YGR

**ORDER RE CONDITIONAL DISMISSAL**

Dkt. No. 57

On December 7, 2022, the parties filed a notice with the Court stating that they have reached a settlement of this action. (Dkt. No. 57.) Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within thirty (30) days from the date of this Order, that the case should be reopened, this Order shall be vacated, and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Date: December 7, 2022

                                                **YVONNE GONZALEZ ROGERS**
                                            **UNITED STATES DISTRICT COURT JUDGE**